IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADVANCED CARD TECHNOLOGIES LLC, a New York limited liability company, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | )   Case No. CIV-07-1269-D ) |
| ARVARD LABEL, INC., a California corporation, and GEMINI CARD LLC, a Colorado limited liability company, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Upon the Motion for Admission *Pro Hac Vice* of Paul J. Lerner [Doc. No. 51], and for good cause shown, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that the Court grants that Paul J. Lerner is temporarily admitted to practice before this Court for the limited purpose of appearing in this case as additional counsel for Plaintiff, Advanced Card Technologies LLC in this matter, provided counsel submits an ECF registration form, and upon activation, electronically files an entry of appearance consistent with LCvR 83.4.

IT IS SO ORDERED this 23rd day of June, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE