IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADVANCED CARD TECHNOLOGIES LLC, a New York limited liability co., <br><br> Plaintiff, <br><br> vs. <br><br> HARVARD LABEL, INC., a California corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV-07-1269-D <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE OF PAUL J. LERNER

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Plaintiff, Advanced Card Technologies, LLC.

I certify that I am admitted to practice in this court, *Pro Hac Vice,* and am currently registered to file documents electronically with this court.

Respectfully submitted,

/s/ Paul J. Lerner
Paul J. Lerner (NYBA PL2594)
General Patent Corporation, Int'l
75 Montebello Road
Suffern, NY 10901
Telephone: (845) 368-4000
Facsimile: (845) 368-8770
plerner@generalpatent.com

Greg A. Castro (OBA #11787)
Fellers, Snider, Blankenship,
  Bailey & Tippens P.C.
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102-8820
Telephone: (405) 232-0621
Facsimile:  (405) 232-9659

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2009, I electronically transmitted the above and foregoing to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to those parties registered for ECF in this case: Gerrit W. Bleeker, Jason M. Kreth, S. Art Hasan, Thomas G. Wolfe, Greg A. Castro, Terry W. Tippens and Regina M. Marsh.

/s/  Paul J. Lerner
Paul J. Lerner

463811/00608