# EXHIBIT "2"

US005720158C1

# (12) EX PARTE REEXAMINATION CERTIFICATE (5207th)
# United States Patent
## Goade, Sr.

(10) Number: **US 5,720,158 C1**
(45) Certificate Issued: **Sep. 27, 2005**

(54) **INFORMATION CARD PACKAGE**

(75) Inventor: **Ron E. Goade, Sr.**, Edmond, OK (US)

(73) Assignee: **REG Oklahoma Acquisition, LLC**, Edmond, OK (US)

**Reexamination Request:**
No. 90/006,441, Nov. 5, 2002
No. 90/006,795, Oct. 15, 2003

**Reexamination Certificate for:**
Patent No.: **5,720,158**
Issued: **Feb. 24, 1998**
Appl. No.: **08/497,186**
Filed: **Jun. 30, 1995**

(51) Int. Cl.$^7$ .................. B42D 15/00; B65B 61/02
(52) U.S. Cl. ............................. 53/460; 283/75
(58) Field of Search .................. 53/460, 284.3, 53/206, 569; 283/75, 94, 103, 105, 109, 82, 61, 56

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,616,612 A | 11/1952 | Guttman |
| 3,583,317 A | 6/1971 | Gibson |
| 4,887,763 A | 12/1989 | Sano |
| 4,978,146 A | 6/1990 | Warther et al. |
| 4,957,311 A | 9/1990 | Geisenheimer |
| 4,978,146 A | 12/1990 | Warther |
| 4,982,894 A | 1/1991 | Schmidt |
| 5,076,490 A | 12/1991 | Dulin |
| 5,096,229 A | 3/1992 | Carlson |
| 5,233,812 A | 8/1993 | Coppola |
| 5,281,799 A | 1/1994 | McIntire |
| 5,410,136 A | 4/1995 | McIntire |
| 5,427,416 A | 6/1995 | Birch |
| 5,433,364 A | 7/1995 | Hill |
| 5,439,255 A | 8/1995 | McIntire |
| 5,495,981 A | 3/1996 | Warther |
| 5,522,956 A | 6/1996 | McCannel |
| 5,529,345 A | 6/1996 | Kohls |
| 5,531,482 A | 7/1996 | Blank |
| 5,541,395 A | 7/1996 | Hill |
| 5,609,253 A | 3/1997 | Goade, Sr. |
| 5,640,447 A | 6/1997 | Fonseca |
| 5,650,209 A | 7/1997 | Ramsburg |
| 5,660,896 A | 8/1997 | Normand |
| 5,769,457 A | 6/1998 | Warther |

FOREIGN PATENT DOCUMENTS

GB    2281714    3/1995

OTHER PUBLICATIONS

Simulux Plastics catalogue, Feb. 1983.
Pilgrim catalogue, Jan. 1, 1984.
Pilgrim catalogue, Sep. 1, 1985.
Passenger Services Conference Resolutions Manual, 11th Edition, pp. 157–163, effective Jun. 1991.
Press release from Director General from Elections of Quebec dated Nov. 28, 2001 discussing, in part, Mexican Voter I.D. card.
Photocopy of Mexican Voter I.D. Card.
Did you know? The first credit card was issued in 1951, www.didyouknow.cd/credit cards.htm, (printed Jun. 20, 2003).
May 20, 1994 Quotation of SSI Photo ID with attachment.

*Primary Examiner*—Stephen F. Gerrity

(57) **ABSTRACT**

A card package and method for delivering a card to a customer is provided. The card package includes a card carrier constructed of a synthetic sheet of paper laminated with a plastic material and having unique customer data disposed thereon. The card package further includes an information card constructed of the synthetic sheet of paper and laminated with the plastic material and having unique customer data disposed thereon corresponding to the customer data disposed on the card carrier. The information card is integrally formed with and selectively detachable from the card carrier. The method comprising inserting the card carrier and the integrally formed information card into an envelope with the card carrier and the information card remaining in a flat condition and delivering the envelope with the card carrier and the information card inserted therein to the customer.




EXHIBIT "2"

CONFIDENTIAL
ACT-0000063

US 5,720,158 C1

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

ONLY THOSE PARAGRAPHS OF THE SPECIFICATION AFFECTED BY AMENDMENT ARE PRINTED HEREIN.

Column 2, lines 10–19:

Referring now to the drawings, and more particularly to FIGS. 1, a card package 10 constructed in accordance with the present invention is shown. The card package 10 includes a card carrier 12 and an information card 14, such as a membership card or an identification card. The information card 14 is integrally formed with and selectively detachable from the card carrier 12 such that a unitary card package is provided which is sized to be inserted into an envelope 16 (FIG. 3). *The information card 14 has a first edge E1, a second edge PE that is proximate to the card carrier 12, a third edge E3, and a fourth edge DE that is distal from the card carrier 12.*

Column 2, lines 43–55:

FIG. 2 illlustrates the card package 10 as being constructed of a sheet of material 34 *having a top side TS and a bottom side BS. The sheet of material 34 is* laminated on each side thereof with a transparent plastic material 36, such as a polyester/polyethylene material. The sheet of material 34 is preferably a synthetic plastic, such as [teslin] *TESLIN®* sheet, but any durable material capable of receiving printed matter or encodable matter can be used. The plastic material 36 provides the sheet of material 34 with a protective cover to increase the life of the card package 10 and provides the card package 10 with a certain degree of rigidity which facilitates the handling of the card package 10. The plastic material 36 is bonded to the sheet of material 34 in a conventional manner well known in the art.

THE DRAWING FIGURES HAVE BEEN CHANGED AS FOLLOWS:

The drawing figures have been changed as follows: FIG. 1 has been amended to show PE (proximate edge), DE (distal edge), E1 (first edge), and E3 (third edge). FIG. 2 has been amended to show TS (top side) and BS (bottom side).

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims 3, 4 and 6–9 are cancelled.

Claims 1, 2, 5, 10 and 11 are determined to be patentable as amended.

New claims 12–89 are added and determined to be patentable.

1. A card package, comprising:
   an envelope;
   *a* card carrier having unique customer data thereon; [and]
   an information card integrally formed with and selectively detachable from the card carrier, the information card having unique customer data thereon corresponding to the unique customer data of the card carrier, the information card having a portion thereof projecting from the card carrier and the information card having an encodable magnetic strip extending transversely across the portion of the information card projecting from the card carrier wherein the card carrier and the information card are inserted into the envelope; *and*
   *wherein the envelope has a window, and wherein the unique customer data contained on the card carrier includes an individual's name and address at a location on the card carrier such that the individual's name and address is viewable through the window when the card carrier and the information card are inserted into the envelope.*

2. A card package comprising:
   a sheet of material having unique customer data printed on a first portion thereof and unique customer data printed on a second portion thereof corresponding with the unique customer data printed on the first portion; and
   a transparent plastic material laminated to the sheet of material to provide a protective cover for the unique customer data printed on the first portion of the sheet of material and the unique customer data printed on the second portion of the sheet of material,
   wherein the sheet of material and the transparent plastic material are perforated to form a card carrier containing the unique customer data printed on the first portion of the sheet of material and an information card integrally formed with and selectively detachable from the card carrier and containing the unique customer data printed on the second portion of the sheet of material, *wherein the card has a portion thereof projecting from the card carrier;*
   *wherein the card carrier and the information card are inserted into an envelope, and*
   *wherein the envelope has a window, and wherein the unique customer data contained on the card carrier includes an individual's name and address at a location on the card carrier such that the individual's name and address is viewable through the window when the card carrier and the information card are inserted into the envelope.*

5. A card package comprising:
   a sheet of material having unique customer data printed on a first portion thereof, unique customer data printed on a second portion thereof, and unique customer data printed on a third portion thereof, the unique customer data printed on the second and third portions corresponding with the unique customer data printed on the first portion; and
   a transparent plastic material laminated to the sheet of material to provide a protective cover for the unique customer data printed on the first, second, and third portions of the sheet of material,
   wherein the sheet of material and the transparent plastic material are perforated to form a card carrier containing the unique customer data printed on the first portion of the sheet of material and a pair of information cards integrally formed with and selectively detachable from the card carrier and containing the unique customer data printed on the second and third portions of the sheet of material, respectively, *wherein the information cards each have a portion thereof projecting from the card carrier;*
   *wherein the card carrier and the information cards are inserted into an envelope; and*

CONFIDENTIAL
ACT-0000064

US 5,720,158 C1

3

wherein the envelope has a window, and wherein the unique customer data contained on the card carrier includes an individual's name and address at a location on the card carrier such that the individual's name and address is viewable through the window when the card carrier and the information cards are inserted into the envelope.

10. A card package, comprising:

a card carrier having unique customer data thereon; [and]

an information card integrally formed with and selectively detachable from the card carrier, the information card having unique customer data thereon corresponding to the unique customer data of the card carrier, the information card having a portion thereof projecting from the card carrier and the information card having an encodable magnetic strip extending transversely across the portion of the information card projecting from the card carrier; and

non-unique information disposed on the card carrier, wherein the non-unique information comprises promotional information relating to an establishment distributing the information card.

11. A card package, comprising:

a card carrier having unique customer data thereon; [and]

a pair of information cards integrally formed with and selectively detachable from the card carrier, each of the information cards having unique customer data thereon corresponding to the unique customer data of the card carrier, each of the information cards having a portion thereof projecting from the card carrier and each of the information cards having an encodable magnetic strip extending transversely across the portion of the information card projecting from the card carrier; and

non-unique information disposed on the card carrier, wherein the non-unique information comprises promotional information relating to an establishment distributing the information cards.

12. The card package of claim 10, wherein the card is detachable from the carrier at a border therebetween and wherein the magnetic strip is substantially parallel to the border.

13. The card package of claim 10, wherein the card carrier and the card are formed of a sheet of material laminated with a transparent plastic material.

14. The card package of claim 10, wherein the card carrier and the card are formed of a sheet of material having top and bottom sides, wherein the sheet of material is laminated with a transparent plastic material that covers substantially all of the top and bottom sides.

15. The card package of claim 10, wherein the card has a distal edge that is free from contact with the card carrier and wherein the magnetic strip is spaced at a substantially uniform distance from the distal edge.

16. The card package of claim 10, wherein the card has first and second edges, and wherein the card is detachable from the card carrier at the first and second edges.

17. A card package, consisting of:

a card carrier constructed of a sheet of material and having non-unique information disposed thereon;

a card integrally formed with and selectively detachable from the card carrier, the card having a portion thereof projecting from the card carrier and the card having an encodable magnetic strip extending transversely across the portion of the card projecting from the card carrier, wherein the magnetic strip has unique customer data encoded thereon; and

4

a transparent plastic material attached to each side of the card and card carrier.

18. The card package of claim 17, wherein the unique customer data can be accessed by a reader when the card is detached from the card carrier.

19. The card package of claim 17, wherein the card is detachable from the carrier at a border there between and wherein the magnetic strip is substantially parallel to the border.

20. The card package of claim 17, wherein the card has a distal edge that is free from contact with the card carrier and wherein the magnetic strip is spaced at a substantially uniform distance from the distal edge.

21. The card package of claim 17, wherein the card has first and second edges, and wherein the card is detachable from the card carrier at the first and second edges.

22. The card package of claim 17, wherein the card has dimensions of a conventional credit type card.

23. The card package of claim 17, wherein the card has a proximate edge that is in contact with the card carrier, wherein the card has a distal edge that is not in contact with the card carrier, and wherein the magnetic strip is free from contact with the distal edge and the proximate edge.

24. The card package of claim 17, wherein the card has a distal edge that is not in contact with the card carrier, and wherein the magnetic strip is spaced at a substantially uniform distance from the distal edge along substantially the length of the distal edge.

25. The card package of claim 17, wherein the non-unique information comprises promotional information.

26. The card package of claim 17, wherein the non-unique information comprises instructional information.

27. A card package, comprising:

a card carrier; and

a card integrally formed with and selectively detachable from the card carrier, the card having a portion thereof projecting from the card carrier and the card having an encodable magnetic strip extending transversely across the portion of the card projecting from the card carrier, wherein the card has first and second edges, wherein the first edge of the card is substantially perpendicular to the second edge of the card, and wherein the card is detachable from the card carrier at the first and second edges; and

wherein the magnetic strip has unique customer data encoded thereon.

28. The card package of claim 27, wherein the first edge is in contact with the second edge of the card.

29. The card package of claim 27, wherein the card carrier and the card are formed of a sheet of material laminated with a transparent plastic material.

30. The card package of claim 27, wherein the card carrier and the card are formed of a sheet of material having top and bottom sides, wherein the sheet of material is laminated with a transparent plastic material that covers substantially all of the top and bottom sides.

31. The card package of claim 27, wherein the card carrier is in contact with the first and second edges of the card.

32. A card package comprising:

a sheet of material having top and bottom sides, the sheet having unique customer data printed on a first portion of the top side thereof and unique customer data printed on a second portion of the top side thereof corresponding with the unique customer data printed on the first portion; and

a transparent plastic material laminated to all of the top and bottom sides of the sheet of material to provide a

CONFIDENTIAL
ACT-0000065

US 5,720,158 C1

| 5 | 6 |

protective cover for the unique customer data printed on the first portion of the sheet of material and the unique customer data printed on the second portion of the sheet of material,

wherein the sheet of material and the transparent plastic material are perforated to form a card carrier containing the unique customer data printed on the first portion of the sheet of material and an information card integrally formed with and selectively detachable from the card carrier and containing the unique customer data printed on the second portion of the sheet of material.

33. The card package of claim 32, wherein the unique customer data on the second portion of the sheet of material comprises a bar code.

34. The card package of claim 33, wherein the unique customer data on the first portion of the sheet of material comprises alphanumeric text.

35. A card package comprising:
a sheet of material having unique customer data printed on a first portion thereof and unique customer data printed on a second portion thereof corresponding with the unique customer data printed on the first portion;
a transparent plastic material laminated to the sheet of material to provide a protective cover for the unique customer data printed on the first portion of the sheet of material and the unique customer data printed on the second portion of the sheet of material,
wherein the sheet of material and the transparent plastic material are perforated to form a card carrier containing the unique customer data printed on the first portion of the sheet of material and an information card integrally formed with and selectively detachable from the card carrier along first and second edges of the information card and containing the unique customer data printed on the second portion of the sheet of material, and
wherein the information card has a portion thereof projecting from the card carrier.

36. The card package of claim 35, wherein the first and second edges are substantially perpendicular to each other.

37. The card package of claim 35, wherein the unique customer data on the second portion of the sheet of material comprises a bar code.

38. The card package of claim 37, wherein the unique customer data on the first portion of the sheet of material comprises alphanumeric text.

39. A card package, comprising:
a card carrier;
a card integrally formed with and selectively detachable from the card carrier, the card having a portion thereof projecting from the card carrier and the card having an encodable magnetic strip extending transversely across the portion of the card projecting from the card carrier, wherein the magnetic strip has unique customer data encoded thereon; and
non-unique information disposed on the card carrier, wherein the non-unique information relates to the card.

40. The card package of claim 39, wherein the card has first and second edges, and wherein the magnetic strip extends from the first edge of the card to the second edge of the card such that the magnetic strip is free from contact with the card carrier at the first edge of the card.

41. The card package of claim 40, wherein the magnetic strip is free from contact with the card carrier at the second edge.

42. The card package of claim 40, wherein the magnetic strip does not extend beyond the first edge.

43. The card package of claim 42, wherein the magnetic strip does not extend beyond the second edge.

44. The card package of claim 42, wherein the non-unique information includes promotional information.

45. The card package of claim 40, wherein the non-unique information includes instructional information.

46. The card package of claim 40, wherein the card carrier and the card each have a top side and a bottom side, wherein the top side of the card carrier includes the non-unique information, and wherein the bottom side of the card includes the magnetic strip.

47. The card package of claim 46, wherein the bottom side of the card carrier further includes non-unique information disposed thereon.

48. The card package of claim 47, wherein the non-unique information on the bottom side of the card carrier includes instructional information.

49. The card package of claim 46, wherein the non-unique information on the top side of the card carrier includes promotional information.

50. The card package of claim 40, wherein the unique customer data can be accessed by a reader when the card is detached from the card carrier and wherein the card carrier and the card are formed of a sheet of material laminated with a transparent plastic material.

51. The card package of claim 40, wherein the card has a proximate edge that borders the card carrier, wherein the card is detachable from the card carrier at the proximate edge, and wherein the magnetic strip is substantially parallel to the proximate edge.

52. The card package of claim 40, wherein the card carrier and the card are formed of a sheet of material having a top side and a bottom side, and wherein the sheet of material is laminated with a transparent plastic material that covers substantially all of the top and bottom sides.

53. The card package of claim 40, wherein the card has a distal edge that is free from contact with the card carrier and wherein the magnetic strip is spaced at a substantially uniform distance from the distal edge.

54. The card package of claim 40, wherein the card has a proximate edge that borders the card carrier, and wherein the card is detachable from the card carrier at the proximate edge and the second edge.

55. The card package of claim 40, wherein the card carrier has a special function element that is selectively detachable from the card carrier.

56. The card package of claim 40, wherein the card has a length associated therewith, wherein the magnetic strip has a length associated therewith, and wherein the length of the card is substantially equal to the length of the magnetic strip.

57. The card package of claim 56, wherein the card includes a distal edge, and wherein the magnetic strip is spaced at a substantially uniform distance from the distal edge along substantially the length of the card.

58. The card package of claim 39, wherein the card is distributed by an establishment, and wherein the non-unique information includes promotional information relating to the establishment distributing the card.

59. The card package of claim 39, wherein the card is for use by a customer, and wherein the non-unique information includes instructional information relating to the use of the card.

CONFIDENTIAL
ACT-0000066

US 5,720,158 C1

7

60. A card package, comprising:
  a card carrier having a plurality of edges;
  a card integrally formed with and selectively detachable from the card carrier, the card having a portion thereof projecting from the card carrier and the card having an encodable magnetic strip extending transversely across the portion of the card projecting from the card carrier, wherein the card has an edge that is not collinear with any of the plurality of edges of the card carrier, and wherein the magnetic strip has unique customer data encoded thereon; and
  non-unique information disposed on the card carrier, wherein the non-unique information relates to the card.

61. The card package of claim 60, wherein the edge of the card is a distal edge, wherein the card has a proximate edge that is substantially parallel to the distal edge, and wherein the card is detachable from the card carrier at the proximate edge.

62. The card package of claim 61, wherein the magnetic strip is free from contact with the proximate edge and the distal edge of the card.

63. The card package of claim 61, wherein the distal edge of the card is free from contact with the card carrier.

64. The card package of claim 63, wherein the magnetic strip is spaced at a substantially uniform distance from the distal edge.

65. The card package of claim 61, wherein the card has a first edge that is substantially perpendicular to the proximate edge, and wherein the card is detachable from the card carrier at the proximate edge and first edge.

66. The card package of claim 60, wherein the non-unique information includes promotional information.

67. The card package of claim 60, wherein the non-unique information includes instructional information.

68. The card package of claim 60, wherein the card carrier and the card each have a top side and a bottom side, wherein the top side of the carrier includes the non-unique information, and wherein the bottom side of the card includes the magnetic strip.

69. The card package of claim 68, wherein the bottom side of the card carrier further includes non-unique information.

70. The card package of claim 69, wherein the non-unique information on the top side of the card carrier includes promotional information.

71. The card package of claim 70, wherein the non-unique information on the bottom side of the card carrier includes instructional information.

72. The card package of claim 60, wherein the unique customer data can be accessed by a reader when the card is detached from the card carrier.

73. The card package of claim 60, wherein the card carrier and the card are formed of a sheet of material laminated with a transparent plastic material.

74. The card package of claim 60, wherein the card carrier and the card are formed of a sheet of material having a top side and a bottom side, and wherein the sheet of material is laminated with a transparent plastic material that covers substantially all of the top and bottom sides.

75. The card package of claim 60, wherein the card carrier has a special function element that is selectively detachable from the card carrier.

76. The card package of claim 60, wherein the card has a length associated therewith, wherein the magnetic strip has a length associated therewith, and wherein the length of the card is substantially equal to the length of the magnetic strip.

77. The card package of claim 76, wherein the card has a distal edge, and wherein the magnetic strip is spaced at a

8

substantially uniform distance from the distal edge along substantially the length of the card.

78. The card package of claim 60, wherein the card is distributed by an establishment, and wherein the non-unique information includes promotional information relating to the establishment distributing the card.

79. The card package of claim 60, wherein the card is for use by a customer, and wherein the non-unique information includes instructional information relating to use of the card.

80. A card package, comprising:
  a card carrier having a top side and a bottom side;
  a card having a top side and a bottom side, wherein the card is integrally formed with and selectively detachable from the card carrier, wherein the card has a portion thereof projecting from the card carrier, wherein the card has an encodable magnetic strip on the bottom side of the card, wherein the magnetic strip extends transversely across the portion of the card projecting from the card carrier, and wherein the magnetic strip has unique customer data encoded thereon, wherein the card is distributed by an establishment, wherein the card is for use by a customer;
  first non-unique information disposed on the top side of the card carrier, wherein the first non-unique information comprises promotional information relating to the establishment distributing the card; and
  second non-unique information disposed on the bottom side of the card carrier, wherein the second non-unique information comprises instructional information relating to the use of the card by the customer.

81. The card package of claim 80, wherein the promotional information includes text.

82. The card package of claim 80, wherein the card carrier has a special function element that is selectively detachable from the card carrier, and wherein the special function element is surrounded completely by the card carrier.

83. The card package of claim 80, wherein the card has a distal edge that is free from contact with the card carrier.

84. The card package of claim 83, wherein the card carrier has a plurality of edges, and wherein the distal edge of the card is not collinear with any of the plurality of edges of the card carrier.

85. The card package of claim 83, wherein the magnetic strip is substantially parallel to the distal edge of the card.

86. The card package of claim 80, wherein the card has first and second edges, and wherein the magnetic strip extends from the first edge to the second edge such that the magnetic strip is free from contact with the card carrier at the first edge.

87. The card package of claim 86, wherein the magnetic strip is free from contact with the card carrier at the second edge.

88. A card package, comprising:
  a card carrier having non-unique information disposed thereon, wherein the non-unique information comprises promotional information relating to an establishment that distributes the card package; and
  a card integrally formed with and selectively detachable from the card carrier, the card having a portion thereof projecting from the card carrier and the card having an encodable magnetic strip extending transversely across the portion of the card projecting from the card carrier, wherein the magnetic strip has unique customer data encoded thereon.

CONFIDENTIAL
ACT-0000067

US 5,720,158 C1

| 9 | 10 |

89. A card package, comprising:

a card carrier;

a card integrally formed with and selectively detachable from the card carrier, the card having a portion thereof projecting from the card carrier and the card having an encodable magnetic strip extending transversely across the portion of the card projecting from the card carrier,

wherein the magnetic strip has unique customer data encoded thereon; and

wherein the card carrier has non-unique information disposed thereon, wherein the non-unique information comprises instructional information providing instructions for use of the card.

\* \* \* \* \*

CONFIDENTIAL
ACT-0000068