# EXHIBIT "4"

US005921584C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (5229th)
## United States Patent
### Goade, Sr.

(10) Number: **US 5,921,584 C1**
(45) Certificate Issued: **Nov. 15, 2005**

(54) **CARD DISPLAY PACKAGE**

(75) Inventor: **Ron E. Goade, Sr.**, Edmond, OK (US)

(73) Assignee: **Vanguard Indentification Systems, Inc.**, West Chester, PA (US)

**Reexamination Request:**
No. 90/006,442, Nov. 5, 2002
No. 90/006,796, Oct. 15, 2003

**Reexamination Certificate for:**
Patent No.: **5,921,584**
Issued: **Jul. 13, 1999**
Appl. No.: **08/761,736**
Filed: **Dec. 5, 1996**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/497,186, filed on Jun. 30, 1995, now Pat. No. 5,720,158.

(51) Int. Cl.$^7$ .................................................. B42D 15/00
(52) U.S. Cl. .......................... 283/107; 283/61; 283/62; 283/56; 281/2; 281/5
(58) Field of Search .......................... 281/2, 5; 283/56, 283/61, 62, 74, 75, 82, 107–110, 904; 206/806

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | | |
|---|---|---|---|---|
| 1,853,622 | A | * 4/1932 | Kennedy | 281/29 |
| 2,616,612 | A | 11/1952 | Guttman | |
| 3,583,317 | A | 6/1971 | Gibson | |
| 4,204,639 | A | * 5/1980 | Barber et al. | 235/488 |
| 4,462,175 | A | * 7/1984 | Romberger | 40/1 |
| 4,957,311 | A | 9/1990 | Geisenheimer | |
| 4,978,146 | A | 12/1990 | Warther et al. | |
| 4,978,146 | A | 12/1990 | Warther | |
| 5,076,490 | A | * 12/1991 | Dulin | 283/56 |
| 5,299,835 | A | * 4/1994 | Sonnenberg | 283/56 |
| 5,495,981 | A | 3/1996 | Warther | |
| 5,522,956 | A | 6/1996 | McCannel | |
| 5,769,457 | A | 6/1998 | Warther | |
| 5,918,909 | A | 7/1999 | Fiala | |

**FOREIGN PATENT DOCUMENTS**

GB    2281714    3/1995

**OTHER PUBLICATIONS**

Passenger Services Conference Resolutions Manual, 11th Edition, pp. 157–163.
Press release from Director General from Elections of Quebec dated Nov. 28, 2001 discussing, in part, Mexican Voter I.D. card.
Photocopy of Mexican Voter I.D. Card.
Did you know? The first credit card was issued in 1951, www.didyouknow.cd/credit cards.htm.
Similux Plastics catalogue, Feb. 1983.
Pilgrim catalogue, Jan. 1, 1984.
Pilgrim catalogue, Sep. 1, 1985.

* cited by examiner

*Primary Examiner*—Stephen F. Gerrity

(57) **ABSTRACT**

A card display package and method for manufacturing same is provided. The card package includes a card carrier constructed of a synthetic sheet of paper laminated with a plastic material. The card package further includes a card constructed of the synthetic sheet of paper and laminated with the plastic material and having at least a portion of the card projecting from the card carrier. The card is integrally formed with and selectively detachable from the card carrier and is provided with an encodable magnetic strip extending transversely across the portion of the card projecting from the card carrier whereby the card may be swiped through an encoding device without removing the card from the card carrier.





CONFIDENTIAL
ACT-0000038

US 5,921,584 C1

# 1
# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

## ONLY THOSE PARAGRAPHS OF THE SPECIFICATION AFFECTED BY AMENDMENT ARE PRINTED HEREIN.

Column 3, lines 33–42:

Referring now to the drawings, and more particularly to FIG. 1, a card package 10 constructed in accordance with the present invention is shown. The card package 10 includes a card carrier 12 and an information card 14, such as a membership card or an identification card. The information card 14 is integrally formed with and selectively detachable from the card carrier 12 such that a unitary card package is provided which is sized to be inserted into an envelope 16 (FIG. 3). *The information card 14 has a first edge E1, an edge PE that is proximate to the card carrier 12, a second edge E2, and an edge DE that is distal from the card carrier 12.*

Column 3, line 66 through column 4, line 11:

FIG. 2 illustrates the card package 10 as being constructed of a sheet of material 34 *having a top side TS and a bottom side BS. The sheet of material 34 is* laminated on each side thereof with a transparent plastic material 36, such as a polyester/polyethylene material. The sheet of material 34 is preferably a synthetic paper, such as [teslin] *TESLIN® sheet*, but any durable material capable of receiving printed matter or encodable matter can be used. The plastic material 36 provides the sheet of material 34 with a protective cover to increase the life of the card package 10 and provides the card package 10 with a certain degree of rigidity which facilitates the handling of the card package 10. The plastic material 36 is bonded to the sheet of material 34 in a conventional manner well known in the art.

Column 6, lines 31–45:

The card display package 80 is contructed in a manner similar to that described above in reference to the card package 10. That is, as illustrated in FIG. 9, the card display package 80 is constructed of a sheet of material 96, *having a top side TS' and a bottom side BS',* laminated on each side thereof with a transparent plastic material 98, such as a polyester/polyethylene material. The sheet of material 96 is preferably a synthetic paper, such as [teslin] *TESLIN® sheet*, but any durable material capable of receiving printed matter or encodable matter can be used. The plastic material 98 provides the sheet of material 96 with a protective cover to increase the life of the card display package 80 and provides the card display package 80 with a certain degree of rigidity which facilitates the handling of the card display package 80. The plastic material 98 is bonded to the sheet of material 96 in a conventional manner well known in the art.

# 2
THE DRAWING FIGURES HAVE BEEN CHANGED AS FOLLOWS:

Reference labels E1, E2, PE and DE have been added to FIG. 1.
Reference labels TS and BS have been added to FIG. 2.
Reference labels TS' and BS' have been added to FIG. 9.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims 7–12 is confirmed.

Claims 1, 2 and 4–6 are cancelled.

Claim 3 is determined to be patentable as amended.

New claims 13–111 are added and determined to be patentable.

3. [The card display package of claim 1] *A card display package, comprising:*
*a card carrier constructed of a sheet of material;*
*a card connected to and selectively detachable from the card carrier, the card having a portion thereof extending beyond an outer edge of the card carrier and the card having an encodable magnetic strip extending transversely across the portion of the card extending beyond the outer edge of the card carrier;*
wherein the card carrier is provided with an aperture for suspending the card carrier from a display peg*; and*
*wherein the card is a debit card.*

13. *The card display package of claim 7, wherein the card carrier includes at least one special function element that is selectively detachable from the card carrier.*

14. *The card display package of claim 7, wherein the card is integrally connected to and selectively detachable from the card carrier.*

15. *The card display package of claim 7, wherein the magnetic strip has unique customer data encoded thereon.*

16. *The card display package of claim 3, wherein the card is integrally connected to and selectively detachable from the card carrier.*

17. *The card display package of claim 16, wherein the card has first and second edges, wherein the magnetic strip extends substantially from the first edge of the card to the second edge of the card, wherein the magnetic strip is free from contact with the card carrier at the first edge of the card.*

18. *The card display package of claim 16, further comprising non-unique information disposed on the card carrier.*

19. *The card display package of claim 18, wherein the non-unique information comprises promotional information relating to an establishment distributing the card.*

20. *The card display package of claim 19, wherein the card carrier has a top side and bottom side, and wherein the promotional information is disposed on the top side of the card carrier.*

21. *The card display package of claim 20, wherein the card has a top side and a bottom side and wherein the magnetic strip is disposed on the bottom side of the card.*

22. *The card display package of claim 19, wherein the promotional information is for promoting the establishment distributing the card.*

23. *The card display package of claim 18, wherein the non-unique information comprises instructional information relating to use of the card.*

CONFIDENTIAL
ACT-0000039

3

24. The card display package of claim 23, wherein the card carrier has a top side and bottom side, and wherein the instructional information is disposed on the bottom side of the card carrier.

25. The card display package of claim 24, wherein the card has a top side and a bottom side, and wherein the magnetic strip is disposed on the bottom side of the card.

26. The card display package of claim 23, wherein the instructional information provides instructions for using the card.

27. The card display package of claim 16, wherein the card carrier is provided with the aperture for suspending the card carrier and the card from the display peg.

28. The card display package of claim 3, wherein the card is detachable from the card carrier at an area of weakness, and wherein the aperture is not proximate to the area of weakness.

29. The card display package of claim 3, wherein the card carrier includes a first edge proximate to the card and a second edge not proximate to the card, and wherein the aperture is positioned closer to the second edge than the first edge.

30. A card display package, comprising:

a card carrier constructed of a sheet of material;

a card connected to and selectively detachable from the card carrier, the card having a portion thereof extending beyond an outer edge of the card carrier and the card having an encodable magnetic strip extending transversely across the portion of the card extending beyond the outer edge of the card carrier;

wherein the card has first and second edges, wherein the magnetic strip extends substantially from the first edge of the card to the second edge of the card, wherein the magnetic strip is free from contact with the card carrier at the first edge of the card;

wherein the magnetic strip has unique customer data encoded thereon; and

non-unique information disposed on the card carrier, wherein the non-unique information comprises promotional information relating to an establishment distributing the card.

31. The card display package of claim 30, wherein the card is integrally connected to and selectively detachable from the card carrier.

32. The card display package of claim 31, wherein the card carrier has a top side and a bottom side, wherein the promotional information is disposed on the top side of the card carrier.

33. The card display package of claim 32, wherein the card has a top side and a bottom side, and wherein the magnetic strip is disposed on the bottom side of the card.

34. The card display package of claim 33, further comprising second non-unique information disposed on the bottom side of the card carrier, wherein the second non-unique information comprises instructional information relating to use of the card.

35. The card display package of claim 34, wherein the instructional information provides instructions for using the card.

36. The card display package of claim 31, wherein the unique customer data can be accessed by a reader when the card is detached from the card carrier.

37. The card display package of claim 31, wherein the card has a distal edge that is free from contact with the card carrier, and wherein the magnetic strip is substantially parallel to the distal edge.

4

38. The card display package of claim 31, wherein the card carrier and the card are laminated with a transparent plastic material.

39. The card display package of claim 38, wherein the card carrier and the card are laminated with a transparent plastic material that covers substantially all of the card carrier and the card.

40. The card display package of claim 31, wherein the card has a distal edge that is free from contact with the card carrier, and wherein the magnetic strip is spaced at a substantially uniform distance from the distal edge.

41. The card display package of claim 31, wherein the card has a length associated therewith, wherein the magnetic strip has a length associated therewith, and wherein the length of the card is substantially equal to the length of the magnetic strip.

42. The card display package of claim 41, wherein the card has a distal edge that is free from contact with the card carrier, and wherein the magnetic strip is spaced at a substantially uniform distance from the distal edge along substantially the length of the card.

43. The card display package of claim 31, wherein the card carrier includes at least one special function element that is selectively detachable from the card carrier.

44. The card display package of claim 30, wherein the card and the card carrier are formed in a coplanar relationship.

45. The card display package of claim 30, wherein the promotional information is for promoting the establishment distributing the card.

46. A card display package, comprising:

a card carrier constructed of a sheet of material;

a card connected to and selectively detachable from the card carrier, the card having a portion thereof extending beyond an outer edge of the card carrier and the card having an encodable magnetic strip extending transversely across the portion of the card extending beyond the outer edge of the card carrier;

wherein the card has first and second edges, wherein the magnetic strip extends substantially from the first edge of the card to the second edge of the card, wherein the magnetic strip is free from contact with the card carrier at the first edge of the card;

wherein the magnetic strip has unique customer data encoded thereon; and

non-unique information disposed on the card carrier, wherein the non-unique information comprises instructional information relating to use of the card.

47. The card display package of claim 46, wherein the card is integrally connected to and selectively detachable from the card carrier.

48. The card display package of claim 47, wherein the card carrier has a top side and a bottom side, wherein the instructional information is disposed on the bottom side of the card carrier.

49. The card display package of claim 48, wherein the card has a top side and a bottom side, and wherein the magnetic strip is disposed on the top side of the card.

50. The card display package of claim 49, further comprising second non-unique information disposed on the top side of the card carrier, wherein the second non-unique information comprises promotional information relating to an establishment distributing the card.

51. The card display package of claim 50, wherein the promotional information is for promoting the establishment distributing the card.

CONFIDENTIAL
ACT-0000040

52. The card display package of claim 47, wherein the unique customer data can be accessed by a reader when the card is detached from the card carrier.

53. The card display package of claim 47, wherein the card has a distal edge that is free from contact with the card carrier, and wherein the magnetic strip is substantially parallel to the distal edge.

54. The card display package of claim 47, wherein the card carrier and the card are laminated with a transparent plastic material.

55. The card display package of claim 54, wherein the card carrier and the card are laminated with a transparent plastic material that covers substantially all of the card carrier and the card.

56. The card display package of claim 47, wherein the card has a distal edge that is free from contact with the card carrier, and wherein the magnetic strip is spaced at a substantially uniform distance from the distal edge.

57. The card display package of claim 47, wherein the card has a length associated therewith, wherein the magnetic strip has a length associated therewith, and wherein the length of the card is substantially equal to the length of the magnetic strip.

58. The card display package of claim 57, wherein the card has a distal edge that is free from contact with the card carrier, and wherein the magnetic strip is spaced at a substantially uniform distance from the distal edge along substantially the length of the card.

59. The card display package of claim 47, wherein the card carrier includes at least one special function element that is selectively detachable from the card carrier.

60. The card display package of claim 46, wherein the card and the card carrier are formed in a coplanar relationship.

61. The card display package of claim 46, wherein the instructional information provides instructions for using the card.

62. A card display package, comprising:

a card carrier constructed of a sheet of material;

a card connected to and selectively detachable from the card carrier, the card having a portion thereof extending beyond an outer edge of the card carrier and the card having an encodable magnetic strip extending transversely across the portion of the card extending beyond the outer edge of the card carrier, and the magnetic strip having unique customer data encoded thereon;

wherein the card has first and second edges, wherein the magnetic strip extends substantially from the first edge of the card to the second edge of the card, wherein the magnetic strip is free from contact with the card carrier at the first edge of the card;

wherein the card has a distal edge and a length, wherein the magnetic strip is spaced at a substantially uniform distance from the distal edge along substantially the length of the card; and

non-unique information disposed on the card carrier, wherein the non-unique information comprises promotional information relating to an establishment distributing the card.

63. The card display package of claim 62, wherein the card is integrally connected to and selectively detachable from the card carrier.

64. The card display package of claim 63, wherein the card carrier has a top side and a bottom side, wherein the promotional information is disposed on the top side of the card carrier.

65. The card display package of claim 64, further comprising second non-unique information disposed on the bottom side of the card carrier, wherein the second non-unique information comprises instructional information relating to use of the card.

66. The card display package of claim 65, wherein the card has a top side and a bottom side, and wherein the magnetic strip is disposed on the bottom side of the card.

67. The card display package of claim 65, wherein the instructional information provides instructions for using the card.

68. The card display package of claim 63, wherein the unique customer data can be accessed by a reader when the card is detached from the card carrier.

69. The card display package of claim 63, wherein the distal edge of the card is free from contact with the card carrier, and wherein the magnetic strip is substantially parallel to the distal edge.

70. The card display package of claim 63, wherein the card carrier and the card are laminated with a transparent plastic material.

71. The card display package of claim 70, wherein the card carrier and the card are laminated with a transparent plastic material that covers substantially all of the card carrier and the card.

72. The card display package of claim 63, wherein the distal edge of the card is free from contact with the card carrier.

73. The card display package of claim 63, wherein the card carrier includes at least one special function element that is selectively detachable from the card carrier.

74. The card display package of claim 63, wherein the magnetic strip is free from contact with the card carrier at the second edge of the card.

75. The card display package of claim 62, wherein the card and the card carrier are formed in a coplanar relationship.

76. The card display package of claim 62, wherein the promotional information is for promoting the establishment distributing the card.

77. A card display package, comprising:

a card carrier constructed of a sheet of material;

a card connected to and selectively detachable from the card carrier, the card having a portion thereof extending beyond an outer edge of the card carrier and the card having an encodable magnetic strip extending transversely across the portion of the card extending beyond the outer edge of the card carrier, and the magnetic strip having unique customer data encoded thereon;

wherein the card has first and second edges, wherein the magnetic strip extends substantially from the first edge of the card to the second edge of the card, wherein the magnetic strip is free from contact with the card carrier at the first edge of the card;

wherein the card has a distal edge and a length, wherein the magnetic strip is spaced at a substantially uniform distance from the distal edge along substantially the length of the card; and

non-unique information disposed on the card carrier, wherein the non-unique information comprises instructional information relating to use of the card.

78. The card display package of claim 77, wherein the card is integrally connected to and selectively detachable from the card carrier.

CONFIDENTIAL
ACT-0000041

US 5,921,584 C1

7

79. The card display package of claim 78, wherein the card carrier has a top side and a bottom side, wherein the instructional information is disposed on the bottom side of the card carrier.

80. The card display package of claim 79, further comprising second non-unique information disposed on the bottom side of the card carrier, wherein the second non-unique information comprises promotional information relating to an establishment distributing the card.

81. The card display package of claim 80, wherein the card has a top side and a bottom side, and wherein the magnetic strip is disposed on the top side of the card.

82. The card display package of claim 80, wherein the promotional information is for promoting the establishment distributing the card.

83. The card display package of claim 78, wherein the unique customer data can be accessed by a reader when the card is detached from the card carrier.

84. The card display package of claim 78, wherein the distal edge of the card is free from contact with the card carrier and wherein the magnetic strip is substantially parallel to the distal edge.

85. The card display package of claim 78, wherein the card carrier and the card are laminated with a transparent plastic material.

86. The card display package of claim 85, wherein the card carrier and the card are laminated with a transparent plastic material that covers substantially all of the card carrier and the card.

87. The card display package of claim 78, wherein the distal edge of the card is free from contact with the card carrier.

88. The card display package of claim 78, wherein the card carrier including at least one special function element that is selectively detachable from the card carrier.

89. The card display package of claim 78, wherein the magnetic strip is free from contact with the card carrier at the second edge of the card.

90. The card display package of claim 77, wherein the card and the card carrier are formed in a coplanar relationship.

91. The card display package of claim 77, wherein the instructional information provides instructions for using the card.

92. A card display package, comprising:
a card carrier constructed of a sheet of material;
a card conencted to and selectively detachable from the card carrier, the card having a portion thereof extending beyond an outer edge of the card carrier and the card having an encodable magnetic strip extending transversely across the portion of the card extending beyond the outer edge of the card carrier, and the card having unique customer data thereon;
wherein the card has proximate and first edges, wherein the proximate edge of the card is in contact with the first edge of the card, wherein the card is detachable from the card carrier at the proximate and first edges; and
wherein the card has a second edge, wherein the magnetic strip extends substantially from the first edge of the card to the second edge of the card, wherein the magnetic strip is free from contact with the card carrier at the second edge of the card.

93. The card display package of claim 92, wherein the card is integrally connected to and selectively detachable from the card carrier.

94. The card display package of claim 93, wherein the magnetic strip is free from contact with the card carrier at the first edge of the card.

8

95. The card display package of claim 93, wherein the card has a distal edge that is free from contact with the card carrier.

96. The card display package of claim 93, wherein the card has a distal edge, and the magnetic strip is substantially parallel to the distal edge.

97. The card display package of claim 93, wherein card has a distal edge, and the magnetic strip is spaced at a substantially uniform distance from the distal edge.

98. The card display package of claim 97, wherein the card has a length, wherein the magnetic strip is spaced at a substantially uniform distance from the distal edge along substantially the length of the card.

99. The card display package of claim 93, further comprising non-unique information disposed on the card carrier, wherein the non-unique information comprises promotional information relating to an establishment distributing the card.

100. The card display package of claim 99, wherein the promotional information is for promoting the establishment distributing the card.

101. The card display package of claim 93, further comprising the non-unique information disposed on the card carrier, wherein the non-unique information comprises instructional information relating to relating to use of the card.

102. The card display package of claim 101, wherein the instructional information provides instructions for using the card.

103. A card display package, comprising:
a card carrier constructed of a sheet of material;
a card connected to and selectively detachable from the card carrier, the card having a portion thereof extending beyond an outer edge of the card carrier and the card having an encodable magnetic strip extending transversely across the portion of the card extending beyond the outer edge of the card carrier, and the card having unique customer data thereon;
wherein the card has proximate and first edges, wherein the proximate edge of the card is substantially perpendicular to the first edge of the card, wherein the card is detachable from the card carrier at the proximate and first edges; and
wherein the card has a second edge, wherein the magnetic strip extends substantially from the first edge of the card to the second edge of the card, wherein the magnetic strip is free from contact with the card carrier at the second edge of the card.

104. The card display package of claim 103, wherein the card is integrally connected to and selectively detachable from the card carrier.

105. The card display package of claim 104, wherein the magnetic strip is free from contact with the card carrier at the first edge of the card.

106. The card display package of claim 104, wherein the card has a distal edge that is free from contact with the card carrier.

107. The card display package of claim 104, wherein the card has a distal edge, and the magnetic strip is substantially parallel to the distal edge.

108. The card display package of claim 104, wherein the card has a distal edge, and the magnetic strip is spaced at a substantially uniform distance from the distal edge.

109. The card display package of claim 108, wherein the card has a length, wherein the magnetic strip is spaced at a

CONFIDENTIAL
ACT-0000042

US 5,921,584 C1

9

substantially uniform distance from the distal edge along substantially the length of the card.

110. The card display package of claim 104, further comprising non-unique information disposed on the card carrier, wherein the non-unique information comprises promotional information relating to an establishment distributing the card.

10

111. The card display package of claim 104, further comprising non-unique information disposed on the card carrier, wherein the non-unique information comprises instructional information relating to relating to use of the card.

* * * * *

CONFIDENTIAL
ACT-0000043

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.       : 5,921,584 C1
APPLICATION NO.  : 90/006442
DATED            : November 15, 2005
INVENTOR(S)      : Ron E. Goade, Sr.

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Page 1 (Title Page), (73) the Assignee should read:

--Advanced Card Technologies LLC, Suffern, NY (US)--

This certificate supersedes the Certificate of Correction issued May 20, 2008.

Signed and Sealed this

Seventeenth Day of June, 2008



JON W. DUDAS
*Director of the United States Patent and Trademark Office*

CONFIDENTIAL
ACT-0000044